## Gecum v. Dean.

### (April Term, 1867.)

MOTION *to exclude papers from the record.* Where papers are improperly incorporated in the record, objections to them will be considered upon the hearing; but a preliminary motion to exclude them from the record will not be entertained.

COUNSEL moved the court to exclude certain papers from the record.

Per CURIAM: We will not consider the subject of the motion at this time; on the hearing of the cause the party will have the benefit of his objections to those papers, if they are not proper to be considered.